1   David Goldman (Bar No. 76551)
    Jeanine DeBacker (Bar No. 178054)
2   **WENDEL, ROSEN, BLACK & DEAN LLP**
    1111 Broadway, 24th Floor
3   Oakland, CA  94607-4036
    Telephone:  (510) 834-6600
4   Fax:  (510) 834-1928

5   Attorneys for Defendant
    HEXCEL CORPORATION

6

7

8               UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10

11

12   WILLIAM FUCHS,             Case No.  C 08-00254 CRB

13          Plaintiff,       **PROOF OF SERVICE**

14      vs.

15   HEXCEL CORPORATION,

16          Defendant.

17

18   / / /

19   / / /

20   / / /

21

22

23

24

25

26

27

28

*Wendel, Rosen, Black & Dean LLP*
*1111 Broadway, 24th Floor*
*Oakland, CA  94607-4036*

003600.0512\836442.1    *PROOF OF SERVICE - Case No.  C 08-00254 CRB*

## PROOF OF SERVICE

I, Sheila Spearman, declare:

I am a citizen of the United States and am employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California 94607-4036. On January 18, 2008, I served a copy of the within document(s):

**Notice of Removal of Action; Under 28 U.S.C. Sec. 1441(B) (Federal Question);**

**Civil Cover Sheet;**

**Consent to Proceed Before a United States Magistrate Judge;**

**Notice of Availability of Magistrate Judge to Exercise Jurisdiction;**

**Order Setting Initial Case Management Conference and ADR Deadlines – with attachments as follows:**
- **Order Setting Case Management Conference;**
- **Standing Orders (by Judge C.R. Breyer, dated 06/30/04); and**
- **Standing Order for All Judges of the Northern District of California (Contents of Joint Case Management Statement);**

**U.S. District Court Northern California – ECF Registration Information Handout;**

**Welcome to the U.S. District Court, San Francisco Office - (Guidelines & Instructions);**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. The facsimile machine I used complied with California Rules of the Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of the Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this Proof of Service.

☒ at my business address identified above by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and by placing the envelope, addressed as set forth below, for deposit in the United States Postal Service that same day in the ordinary course of business. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

1

☐ by placing the document(s) listed above in a sealed _____ envelope with overnight
2   deliver fees paid or provided for, addressed to the person(s) on whom it is to be served, at
    the address(es) set forth below, and causing the envelope to be delivered that same date to a
3   _____ courier or driver authorized by the express service carrier to receive
    documents for delivery.

4

☐ by personally delivering true and correct copies of the document(s) listed above in a sealed
5   envelope, addressed to the person(s) at the address(es) set forth below, by leaving the
    envelope, which was clearly labeled to identify the attorney(es) being served, with the
6   receptionist or other person apparently in charge at the address(es) set forth below.

7

☒ **SEE ATTACHED SERVICE LIST**

8

☐ I declare under penalty of perjury under the laws of the United States of America that the
9   foregoing is true and correct.

10

Executed on January 18, 2008, at Oakland, California.

11

12

13                                                          Sheila Spearman

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036

1

## SERVICE LIST

2

3   Jeffery M. Hubins, Esq.              *Attorney for Plaintiff,*
    Schauman & Hubins                    *William Fuchs*

4   5700 Stoneridge Mall Road, Suite 130
    Pleasanton, CA  94588

5   PH:  (925) 846-5400
    FAX:  (925) 846-5402

6   jhubins@schauman-hubins.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28