Jeffery M. Hubins [State Bar No. 220657]
William F. Schauman [State Bar No. 210661]
SCHAUMAN & HUBINS
5700 Stoneridge Mall Road, Suite 130
Pleasanton, California 94588
Telephone (925) 846-5400
Fax (925) 846-5402
Email: jhubins@schauman-hubins.com

Attorneys for Plaintiff
WILLIAM FUCHS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| WILLIAM FUCHS,<br><br>    Plaintiff,<br><br>vs.<br><br>HEXCEL CORPORATION, a corporation doing business in California, JEFFREY GERARD STEPHENS, an individual, and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.  C08-00254 CRB ADR<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND TO THE STATE COURT ALL CLAIMS AND AWARDING ATTORNEY FEES**<br><br>Hearing Date:  Friday March 21, 2008<br>Hearing Time: 10:00 a.m.<br>Courtroom:  8 |

The motion of plaintiff for remand of all causes of action and claims to the Superior Court of California, County of Alameda, Gale Schenone Hall of Justice, and for an award of just costs and attorney fees and sanctions in the amount of $7,257.00 came on for hearing before this Court, Friday March 21, 2008 at 10:00 a.m., the HONORABLE JUDGE CHARLES R. BREYER, presiding, Jeffery M. Hubins appearing for plaintiff and David Goldman appearing for defendant. After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that plaintiff's motion for remand of all causes of action and claims to the Superior Court of California, County of

- 2 -

Alameda, Gale Schenone Hall of Justice, and for an award of just costs and attorney fees and sanctions in the amount of $7,257.00 is GRANTED.

DATED: This ____ day of March 2008

_____
CHARLES R. BREYER,
United States District Judge