1  Jeffery M. Hubins [State Bar No. 220657]
   William F. Schauman [State Bar. No. 210661]
2  SCHAUMAN & HUBINS
   5700 Stoneridge Mall Road, Suite 130
3  Pleasanton, California 94588
   Telephone (925) 846-5400
4  Fax (925) 846-5402
   Email: jhubins@schauman-hubins.com
5
   Attorneys for Plaintiff
6  WILLIAM FUCHS

7

8                   UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

10

11 | WILLIAM FUCHS,                          | Case No. C08-00254 CRB ADR
12 |                      Plaintiff,         | **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND AND REQUEST FOR COSTS AND EXPENSES IN THE SUM OF $7,257.00; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JEFFERY M. HUBINS**
13 |    vs.                                  |
14 | HEXCEL CORPORATION, a corporation       |
15 | doing business in California, JEFFREY   |
   | GERARD STEPHENS, an individual, and     |
16 | DOES 1 through 25, inclusive,           |
17 |                      Defendants.        | Hearing Date: Friday, March 21, 2008
                                              Hearing Time: 10:00 a.m.
18                                            Courtroom: 8

19

20

21 TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

22      NOTICE IS HEREBY GIVEN that on Friday March 21, 2008, at 10:00 a.m. or as soon

23 thereafter as counsel may be heard by the Honorable Judge Charles R. Breyer in Courtroom 8 of

24 the above entitled court, located at 450 Golden Gate Avenue, San Francisco, California, plaintiff,

25 William Fuchs will and hereby does move the Court for an order remanding the above-entitled

26 action to the Superior Court for the of California, County of Alameda, Gale-Schenone Hall of

27 Justice Pleasanton, from where the action was removed, and an order awarding plaintiff his just

28

- 1 -

Plaintiff's Notice of Motion and Motion to Remand and Request for Just Costs;
Case No. C08-00254 CRB ADR

costs and actual expenses, including attorney's fees, in the amount of $7,257.00 incurred by reason of defendant's, Hexcel Corporation, improper removal.

This motion is being brought pursuant to 28 U.S.C. §1447 (c) on the grounds that this court lacks subject matter jurisdiction over the discrimination, retaliation and breach of contract case because the sole basis for defendant Hexcel's removal is ERISA preemption. Neither plaintiff's complaint nor the remedies sought seek to enforce, implicate or relate to an ERISA plan, as the severance plan is not a "plan," thereby triggering complete preemption or federal jurisdiction. Fort Halifax Packing Co. v. Coyne, 482 U.S. 1, (1987); Campbell v. The Aerospace Corp., (9th Cir. 1997) 123 F.3d 1308; Delaye v. Agripac, Inc., (9th Cir. 1994) 39 F.3d 325.

Additionally, plaintiff is entitled to recover $7,257.00 in attorney fees pursuant to 28 U.S.C. §1447 (c) and Rule 11 incurred as a result of defendant's removal.

This motion is based on the Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the Declaration of Jeffery M. Hubins, the Court's files and records herein, and upon such further papers and arguments as may be presented to the Court prior to and at the hearing.

This motion is made following plaintiff attempting, on numerous occasions, to meet and confer with defendant Hexcel's counsel, which took place on January 19, 22, 23, and 24, 2008.

DATED: This 31ST day of January 2008

SCHAUMAN & HUBINS

By: JEFFERY M. HUBINS
Attorneys for Plaintiff,
WILLIAM FUCHS