```
1  Jeffery M. Hubins [State Bar No. 220657]
   William F. Schauman [State Bar. No. 210661]
2  SCHAUMAN & HUBINS
   5700 Stoneridge Mall Road, Suite 130
3  Pleasanton, California 94588
   Telephone (925) 846-5400
4  Fax (925) 846-5402
   Email: jhubins@schauman-hubins.com
5
   Attorneys for Plaintiff
6  WILLIAM FUCHS
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| WILLIAM FUCHS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HEXCEL CORPORATION, a corporation doing business in California, JEFFREY GERARD STEPHENS, an individual, and DOES 1 through 25, inclusive,<br><br>　　　　　　Defendants. | Case No. C08-00254 CRB ADR<br><br>**PLAINTIFF'S <u>AMENDED</u> NOTICE OF MOTION AND MOTION TO REMAND AND REQUEST FOR COSTS AND EXPENSES IN THE SUM OF $7,257.00**<br><br>New Hearing Date: Friday, April 4, 2008<br>Former Hearing Date: Friday March 21, 2008<br>Hearing Time: 10:00 a.m.<br>Courtroom: 8 |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

<u>**AMENDED**</u> NOTICE IS HEREBY GIVEN that plaintiff is changing the hearing date originally noticed to occur on Friday March 21, 2008, at 10:00 a.m. to be now heard on Friday April 4, 2008, or as soon thereafter as counsel may be heard by the Honorable Judge Charles R. Breyer in Courtroom 8 of the above entitled court, located at 450 Golden Gate Avenue, San Francisco, California, plaintiff, William Fuchs will and hereby does move the Court for an order remanding the above-entitled action to the Superior Court for the of California, County of Alameda, Gale-Schenone Hall of Justice Pleasanton, from where the action was removed, and an

- 1 -

Plaintiff's Amended Notice of Motion and Motion to Remand and Request for Just Costs;
Case No. C08-00254 CRB ADR

1  order awarding plaintiff his just costs and actual expenses, including attorney's fees, in the
2  amount of $7,257.00 incurred by reason of defendant's, Hexcel Corporation, improper removal.

4  This motion is being brought pursuant to 28 U.S.C. §1447 (c) on the grounds that this
5  court lacks subject matter jurisdiction over the discrimination, retaliation and breach of contract
6  case because the sole basis for defendant Hexcel's removal is ERISA preemption. Neither
7  plaintiff's complaint nor the remedies sought seek to enforce, implicate or relate to an ERISA
8  plan, as the severance plan is not a "plan," thereby triggering complete preemption or federal
9  jurisdiction. <u>Fort Halifax Packing Co. v. Coyne</u>, 482 U.S. 1, (1987); <u>Campbell v. The Aerospace
10 Corp.</u>, (9th Cir. 1997) 123 F.3d 1308; <u>Delaye v. Agripac, Inc.</u>, (9th Cir. 1994) 39 F.3d 325.

12 Additionally, plaintiff is entitled to recover $7,257.00 in attorney fees pursuant to 28
13 U.S.C. §1447 (c) and Rule 11 incurred as a result of defendant's removal.

15 This motion is based on the Amended Notice of Motion and Motion, Notice of Motion
16 the attached Memorandum of Points and Authorities, the Declaration of Jeffery M. Hubins, the
17 Court's files and records herein, and upon such further papers and arguments as may be
18 presented to the Court prior to and at the hearing.

20 This motion is made following plaintiff attempting, on numerous occasions, to meet and
21 confer with defendant Hexcel's counsel, which took place on January 19, 22, 23, and 24, 2008.

23 DATED: This 26TH day of February 2008        SCHAUMAN & HUBINS

                                                BY: JEFFERY M. HUBINS
                                                Attorneys for Plaintiff,
                                                WILLIAM FUCHS

- 2 -

Plaintiff's Amended Notice of Motion and Motion to Remand and Request for Just Costs;
Case No. C08-00254 CRB ADR