Jeffery M. Hubins [State Bar No. 220657]
William F. Schauman [State Bar. No. 210661]
SCHAUMAN & HUBINS
5700 Stoneridge Mall Road, Suite 130
Pleasanton, California 94588
Telephone (925) 846-5400
Fax (925) 846-5402
Email: jhubins@schauman-hubins.com

Attorneys for Plaintiff
WILLIAM FUCHS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| WILLIAM FUCHS,<br><br>  Plaintiff,<br><br>  vs.<br><br>HEXCEL CORPORATION, a corporation doing business in California, JEFFREY GERARD STEPHENS, an individual, and DOES 1 through 25, inclusive,<br><br>  Defendants. | Case No. C08-00254 CRB ADR<br><br>**CERTIFICATE OF SERVICE** |

- 1 -

# PROOF OF SERVICE

I am employed in the City of Pleasanton, County of Alameda, California. I am over the age of 18 years and not a party to the within action. My business address is 5700 Stoneridge Mall Road, Suite 130, Pleasanton, California 94588 Telephone (925) 846-5400.

On **February 26, 2008**, I served the within:

**PLAINTIFF'S <u>AMENDED</u> NOTICE OF MOTION AND MOTION TO REMAND AND REQUEST FOR COSTS AND EXPENSES IN THE SUM OF $7,257.00;**

on the parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

David Goldman
WENDEL, ROSEN, BLACK & DEAN
1111 Broadway, 24th Floor
Oakland, California 94607
Fax: (415) 979-0511

__XX__  **(BY FIRST-CLASS MAIL)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Pleasanton, California. I am readily familiar with the business practice for collection and processing of mail in this office; and that in the ordinary course of business said document would be deposited with the U.S. Postal Service in Pleasanton on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this declaration.

____ **(BY FACSIMILE)** I caused said document(s) to be sent by facsimile machine number indicated above, by facsimile machine number (925) 846-5402, which machine complies with Rule 2003(3) of the California Rules of Court and no error was reported by the machine.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED at Pleasanton, California on **February 26, 2008**.

_____
Jeffery M. Hubins

- 2 -

Certificate of Service
Case No. C08-00254 CRB ADR