1  Jeffery M. Hubins [State Bar No. 220657]
   William F. Schauman [State Bar. No. 210661]
2  SCHAUMAN & HUBINS
   5700 Stoneridge Mall Road, Suite 130
3  Pleasanton, California 94588
   Telephone (925) 846-5400
4  Fax (925) 846-5402
   Email: jhubins@schauman-hubins.com
5
   Attorneys for Plaintiff
6  WILLIAM FUCHS

7

8                    UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

10

11 | WILLIAM FUCHS,                          | Case No. C08-00254 CRB ADR
12 |                    Plaintiff,           | **PLAINTIFF'S SECOND AMENDED NOTICE OF MOTION AND MOTION TO REMAND AND REQUEST FOR COSTS AND EXPENSES IN THE SUM OF $7,257.00**
13 |          vs.                            |
14 | HEXCEL CORPORATION, a corporation       |
15 | doing business in California, JEFFREY   |
   | GERARD STEPHENS, an individual, and     | New Hearing Date: Friday, April 18, 2008
16 | DOES 1 through 25, inclusive,           | Former Hearing Date: Friday March 21, 2008
17 |                    Defendants.          | Hearing Time: 10:00 a.m.
18 |                                         | Courtroom: 8

19

20

21 TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

22     **SECOND AMENDED** NOTICE IS HEREBY GIVEN that plaintiff is changing the

23 hearing date noticed to occur on Friday April 4, 2008, at 10:00 a.m. to be now heard on Friday

24 April 18, 2008, or as soon thereafter as counsel may be heard by the Honorable Judge Charles R.

25 Breyer in Courtroom 8 of the above entitled court, located at 450 Golden Gate Avenue, San

26 Francisco, California, plaintiff, William Fuchs will and hereby does move the Court for an order

27 remanding the above-entitled action to the Superior Court for the of California, County of

28 Alameda, Gale-Schenone Hall of Justice Pleasanton, from where the action was removed, and an

- 1 -

Plaintiff's Second Amended Notice of Motion and Motion to Remand and Request for Just Costs;
Case No. C08-00254 CRB ADR

order awarding plaintiff his just costs and actual expenses, including attorney's fees, in the amount of $7,257.00 incurred by reason of defendant's, Hexcel Corporation, improper removal.

This motion is being brought pursuant to 28 U.S.C. §1447 (c) on the grounds that this court lacks subject matter jurisdiction over the discrimination, retaliation and breach of contract case because the sole basis for defendant Hexcel's removal is ERISA preemption. Neither plaintiff's complaint nor the remedies sought seek to enforce, implicate or relate to an ERISA plan, as the severance plan is not a "plan," thereby triggering complete preemption or federal jurisdiction. Fort Halifax Packing Co. v. Coyne, 482 U.S. 1, (1987); Campbell v. The Aerospace Corp., (9th Cir. 1997) 123 F.3d 1308; Delaye v. Agripac, Inc., (9th Cir. 1994) 39 F.3d 325.

Additionally, plaintiff is entitled to recover $7,257.00 in attorney fees pursuant to 28 U.S.C. §1447 (c) and Rule 11 incurred as a result of defendant's removal.

This motion is based on the Second Amended Notice of Motion and Motion, Notice of Motion the attached Memorandum of Points and Authorities, the Declaration of Jeffery M. Hubins, the Court's files and records herein, and upon such further papers and arguments as may be presented to the Court prior to and at the hearing.

This motion is made following plaintiff attempting, on numerous occasions, to meet and confer with defendant Hexcel's counsel, which took place on January 19, 22, 23, and 24, 2008.

DATED: This 13 day of March 2008                    SCHAUMAN & HUBINS

                                                    By: JEFFERY M. HUBINS
                                                    Attorneys for Plaintiff,
                                                    WILLIAM FUCHS

- 2 -

Plaintiff's Second Amended Notice of Motion and Motion to Remand and Request for Just Costs; Case No. C08-00254 CRB ADR