1  Jeffery M. Hubins [State Bar No. 220657]
   SCHAUMAN & HUBINS
2  5700 Stoneridge Mall Road, Suite 130
   Pleasanton, California 94588
3  Telephone (925) 846-5400
   Fax (925) 846-5402
4  Email: jhubins@schauman-hubins.com

5  Attorneys for Plaintiff
   WILLIAM FUCHS
6

7  UNITED STATES DISTRICT COURT

8  NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

9

10 WILLIAM FUCHS,                                Case No.  C08-00254 CRB ADR

11                Plaintiff,

12 vs.                                           **NOTICE OF SETTLEMENT**

13 HEXCEL CORPORATION, a corporation
   doing business in California, JEFFREY
14 GERARD STEPHENS, an individual, and
15 DOES 1 through 25, inclusive,

16                Defendants.

17

18     PLEASE TAKE NOTICE that the parties and their attorneys of record have reached

19 settlement in the above entitled action.

20     PLEASE TAKE FURTHER NOTICE that the parties will file with the court a dismissal

21 of the entire action and all parties within 45 days from the date of this notice.  A compliance

22 hearing to dismiss the case is requested to be set following the forty fifth day of the date of this

23 notice, or as soon thereafter as can be heard by the court.

24

25 DATED: This 31st day of March 2008              SCHAUMAN & HUBINS

26

27                                                _____
                                                  By/ JEFFERY M. HUBINS
28

- 1 -

Notice of Settlement; Case No. C08-00254 CRB ADR