E-Filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C-08-0254 CRB

WILLIAM FUCHS,

ORDER OF DISMISSAL

Plaintiff,

v.

HEXCEL CORPORATION, a corporation doing business in California, JEFFREY GERARD STEPHENS, an individual, and DOES 1 through 25, inclusive,

Defendants.
_____/

The parties having advised the Court that they have agreed to a settlement of this the above-titled action,

IT IS HEREBY ORDERED that said action be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing Order shall stand vacated and this action shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: April 3, 2008

CHARLES R. BREYER
United States District Judge